■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN WILLIAMS, Also Known as STEVEN WILLIAMS, Appellant. [628 NYS2d 660] —Judgment, Supreme Court, New York County (Charles Tejada, J.), rendered June 18, 1993, convicting defendant, after a jury trial, of assault in the second degree (two counts) and criminal possession of a weapon in the fourth degree, and sentencing him, as a second felony offender, to concurrent terms of 3½ to 7 years on the assault counts to run consecutively to a prison term of 1 year on the weapon count, unanimously affirmed.

There is no merit to defendant's contention that the trial court improperly limited his cross-examination of the complaining witness concerning, *inter alia*, his perception of violence in the neighborhood and whether he had ever used and carried a box cutter. The questions were not relevant, and defense

counsel was otherwise afforded sufficient scope to prove the defense of justification (*see, People v Smith*, 205 AD2d 458, *lv denied* 84 NY2d 872). Concur—Sullivan, J. P., Rosenberger, Kupferman, Ross and Williams, JJ.